**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-2246**

KEVIN DONNELL MURPHY,

Plaintiff - Appellant,

v.

KELLY O. HAYES, Acting U.S. Attorney; MEGAN L. MICCO, Assistant United States Attorney; JUDGE STEPHANIE A. GALLAGHER, United States District Court for the District of Maryland; RUTH SHUMAN, National Science Foundation,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:24-cv-02666-BAH)

Submitted:  March 11, 2024                          Decided:  March 13, 2025

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin Donnell Murphy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Donnell Murphy appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Murphy v. Barron*, No. 1:24-cv-02666-BAH (D. Md. Nov. 27, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*